WALTER CASE et al., on Behalf of Themselves and All Other Former Employees of R. B. ROGERS COMPANIES, INC., Similarly Situated, Respondents, *v.* INDIAN MOTOCYCLE COMPANY, Appellant, et al., Defendants.

WALTER CASE et al., on Behalf of Themselves and All Other Former Employees of R. B. ROGERS COMPANIES, INC., Similarly Situated, Respondents, *v.* JOHN B. CHERTOK, Appellant, et al., Defendants.

WALTER CASE et al., on Behalf of Themselves and All Other Former Employees of R. B. ROGERS COMPANIES, INC., Similarly Situated, Respondents, *v.* INDIAN MOTOCYCLE COMPANY et al., Appellants, et al., Defendants.

Argued October 19, 1949; decided November 17, 1949.

*Louis Connick, Richard B. Persinger, Newell G. Alford, Jr.,* and *Louis Schlesinger* for appellants.

*Victor Brudney* and *Morris J. Siegel* for respondents.

Orders affirmed, with costs. Certified questions 5, 6, 7 and 8 answered in the negative. Certified questions 1, 2, 3 and 4 not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.